1   **WO**

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7               FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )
                                           )
10            Plaintiff,                    )      **06-7070m**
                                           )
11  vs.                                     )
                                           )
12                                          )      **MATERIAL WITNESS ORDER**
    Jose Juan Ortega-Gonzalez and           )
13      Juan Norberto Olivas-Perez,         )
                                           )
14            Defendant.                    )
                                           )
15  _____

16      Defendants, Jose Juan Ortega-Gonzalez and Juan Norberto Olivas-Perez having been

17  charged in the District of Arizona with a violation of Title 8, United States Code, Section

18  1324 (a)(1)(A)(ii) and the Magistrate Judge having determined from the affidavit of

19  Kimberly K. Federico  filed in this case, the following persons can provide testimony that

20  is material to the offense(s) alleged in the complaint:

21            1-Jesus Yanez-Suarez

22            2- Cruz Alberto Ramirez-Tobon

23            3- Marcos Perez-Lopez

24            4-Anna Maria Perez-Lopez

25

26      The Magistrate Judge finds that it may become impracticable to secure the presence of the

27  witness(es) by subpoena in further proceedings because they are not in the United States

28  legally and have no legal residence or employment in this Country.

1    IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144 in a

2  corrections facility separate, to the extent practicable, from persons awaiting or serving

3   sentences or being held in custody pending appeal.  The witness(es) shall be afforded a

4  reasonable opportunity for private consultation with counsel.

5    DATED this 9th day of March, 2006.

6

7

8

9

10                                       Edward C. Voss
                                      United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28